**Order entered January 27, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01295-CV

### GEORGE H. CLEMENTS, III, Appellant

### V.

### HLF FUNDING, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-08411**

## ORDER

Before the Court is appellant's January 23, 2020 unopposed motion for second extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 10, 2020.

/s/      ROBERT D. BURNS, III
CHIEF JUSTICE